**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LUMEN VIEW TECHNOLOGY LLC | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Case No. 1:13-cv-1043-RGA |
| | : |
| MONSTER WORLDWIDE INC. | : **JURY TRIAL DEMANDED** |
| | : |
| | : |
| Defendant. | : |
| | : |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff LUMEN VIEW TECHNOLOGY LLC and Defendant MONSTER WORLDWIDE INC. hereby stipulate to the dismissal with prejudice of the above-captioned action, including all claims and counterclaims thereof.  Each side shall each bear their own costs and fees incurred in connection with this action.

Dated:  August 30, 2013

 */s/ Stamatios Stamoulis*               /s/ Brian E. Farnan*
Stamatios Stamoulis (#4606)             Brian E. Farnan (Bar No. 4089)
Richard Charles Weinblatt (#5080)       FARNAN LLP
STAMOULIS & WEINBLATT LLC               919 N. Market Street, 12th Floor
Two Fox Point Centre                    Wilmington, Delaware 19801
6 Denny Road, Suite 307                 (302) 777-0300
Wilmington, DE 19809                    (302) 777-0301
(302) 999-1540                          bfarnan@farnanlaw.com
stamoulis@swdelaw.com
weinblatt@swdelaw.com                   Attorneys for Defendant
                                        *MONSTER WORLDWIDE INC.*

*Attorneys for Plaintiff*
*LUMEN VIEW TECHNOLOGY LLC*